IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CEDRIC WILLIS**<br>**612 GRIFFITH PARK TRL**<br>**ALVARADO TX**<br>*Plaintiffs,*<br><br>v.<br><br>**U.S. BANK TRUST NATIONAL**<br>**ASSOCIATION, AS TRUSTEE**<br>**IGLOO SERIES VI TRUST,**<br>**LOANCARE, LLC,**<br>**SECURITY NATIONAL MORTGAGE**<br>**COMPANY,**<br>*Defendants.* | §§§§§§§§§§§§§§ | No. 3:25-cv-516-G-BN |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2025, I served a true and correct copy of the Plaintiff's Consolidated Motion to Address Judicial Misconduct, Demand for Clarification, Motion to Reconsider TRO Denial, Response to Order of Deficiency, and Objection to Bias upon the following parties by electronic mail, first-class mail, or both:

**Via Email:**
Clare V. Cougill and Scott Lloyd Luna
Robertson, Anschutz, Vetters, LLC
10375 Richmond Avenue, Suite 200
Houston, TX 77042
litigation@revdocs.com

David Talbot
Dinsmore & Shohl, LLP
600 Travis Street, Suite 350
Houston, TX 77002
David.Talbot@dinsmore.com

**Via First-Class Mail:**
George C. Scherer
GHIDOTTI | BERGER LLP
16801 Addison Road, Suite 350
Addison, TX 75001

1

**Via Email and First-Class Mail:**
Cedric Willis
612 Griffith Park Trail
Alvarado, TX 76009
cedricwillis49@yahoo.com

Respectfully submitted,

**/s/ Cedric Willis**
Cedric Willis, Pro Se
612 Griffith Park Trail
Alvarado, TX 76009
(817) 504-6141
cedricwillis49@yahoo.com

Date: April 26, 2025