IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CEDRIC WILLIS**<br>**612 GRIFFITH PARK TRL**<br>**ALVARADO TX**<br>*Plaintiffs,*<br><br>v.<br><br>**U.S. BANK TRUST NATIONAL**<br>**ASSOCIATION, AS TRUSTEE**<br>**IGLOO SERIES VI TRUST,**<br>**LOANCARE, LLC,**<br>**SECURITY NATIONAL MORTGAGE**<br>**COMPANY,**<br>*Defendants.* | § § § § § § § § § § § § § §  No. 3:25-cv-516-G-BN |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Plaintiff Cedric Willis, pro se, and respectfully files this Motion for Leave to File Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1, and would respectfully show the Court as follows:

### I. INTRODUCTION

Plaintiff seeks leave to file an Amended Complaint to correct, clarify, and supplement factual allegations and legal claims. This motion is timely filed pursuant to the Court's Initial Scheduling Order (Dkt. No. 27), which requires motions for leave to amend pleadings to be filed by April 29, 2025.

This request is made in good faith and not for the purpose of delay. Allowing amendment at this stage will not prejudice Defendants, and no dispositive motions have yet been ruled upon.

## II. ARGUMENT AND AUTHORITIES

Rule 15(a)(2) provides that "[t]he court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). The Fifth Circuit recognizes that leave to amend should generally be granted absent undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice, or futility. See Smith v. EMC Corp., 393 F.3d 590, 595 (5th Cir. 2004).

Here:

- Plaintiff seeks to more precisely set forth his claims;
- No undue prejudice will result to Defendants; and
- Plaintiff will file a clean and redlined version of the proposed amended complaint, in compliance with Local Rule 15.1.

## III. PRAYER

For these reasons, Plaintiff respectfully requests that this Court grant leave to file the attached Amended Complaint and for such other relief to which he may be justly entitled.

Respectfully submitted,

/s/ Cedric Willis
Cedric Willis, Pro Se
612 Griffith Park Trail
Alvarado, Texas 76009
(817) 504-6141
cedricwillis49@yahoo.com

Date: April 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I served a true and correct copy of the foregoing Plaintiff's Motion for Leave to File Amended Complaint, together with the proposed amended complaint, upon the following parties via the Court's CM/ECF electronic filing system or by email and/or first-class mail:

**Via Email:**
Clare V. Cougill and Scott Lloyd Luna
Robertson, Anschutz, Vetters, LLC
10375 Richmond Avenue, Suite 200
Houston, TX 77042
Email: litigation@revdocs.com

David Talbot
Dinsmore & Shohl, LLP
600 Travis Street, Suite 350
Houston, TX 77002
Email: David.Talbot@dinsmore.com

**Via First-Class Mail:**
George C. Scherer
GHIDOTTI | BERGER LLP
16801 Addison Road, Suite 350
Addison, TX 75001

/s/ Cedric Willis Pro Se
612 Griffith Park Trail
Alvarado, TX 76009
Email: cedricwillis49@yahoo.com


/s/ Cedric Willis
Cedric Willis, Pro Se