IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDRIC WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-516-BN |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| AS TRUSTEE, IGLOO SERIES TRUST; | § | |
| LOANCARE LLC; and SECURITY | § | |
| NATIONAL MORTGAGE COMPANY, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In this lawsuit now proceeding before the undersigned United States magistrate judge for all purposes under 28 U.S.C. § 636(c), the Court recently entered (1) an order and notice of deficiency addressing the Court's local civil rule requirement that litigants disclose the use of Generative Artificial Intelligence, *see* Dkt. Nos. 27 & 39, and (2) a memorandum opinion and order denying Plaintiff Cedric Willis's amended motion that in part requested that the Court rescind or amend the first order, *see* Dkt. Nos. 40-42. Related to both orders, Willis now moves to disclose his limited use of technology and to correct the Court's alleged mischaracterization and request a public apology. *See* Dkt. No. 44. The Court NOTES Willis's disclosures and otherwise DENIES his motion.

SO ORDERED.

DATED: April 30, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE