IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDRIC WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-516-BN |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| AS TRUSTEE, IGLOO SERIES TRUST; | § | |
| LOANCARE LLC; and SECURITY | § | |
| NATIONAL MORTGAGE COMPANY, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING RECONSIDERATION AND LEAVE TO AMEND**

In this lawsuit proceeding before the undersigned United States magistrate judge for all purposes under 28 U.S.C. § 636(c), *see* Dkt. No. 25, the Court entered a memorandum opinion and order on March 10, 2026 that (1) granted Defendants U.S. Bank Trust National Association as Trustee of LB-Treehouse Series VI Trust's ("U.S. Bank") and Security National Mortgage Company's motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) [Dkt. Nos. 56 & 60], (2) denied as moot U.S. Bank's motion for summary judgment [Dkt. No. 63] and Plaintiff Cedric Willis's motion to supplement [Dkt. No. 71], (3) granted U.S. Bank's motion to expunge the lis pendens [Dkt. No. 56], and (4) notified Willis that the Court will, on its own motion, dismiss with prejudice the Real Estate Settlement Procedures Act and Texas fraudulent misrepresentation claims against Defendants DHI Title Company of Texas ("DHI") and Angelia Hudson and dismiss without prejudice the Texas negligence claim against DHI and Hudson unless Willis shows why the Court should not by March 24,

2026. *See* Dkt. No. 72.

Through a response filed on March 24, Willis moves for reconsideration of the March 10, 2026 memorandum opinion and order and for leave to file a second amended complaint but does not provide persuasive reasons why the Court should not *sua sponte* dismiss the claims against DHI and Hudson for the reasons previously set out. *See* Dkt. No. 73.

The Court therefore DENIES Willis's request for reconsideration. *See* FED. R. CIV. P. 54(b); FED. R. CIV. P. 59(e).

The Court also DENIES Willis's untimely motion for leave to amend. *See* FED. R. CIV. P. 16(b)(4); FED. R. CIV. P. 15(a).

And the Court will enter a separate final judgment. *See* FED. R. CIV. P. 58.

SO ORDERED.

DATE: March 26, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE